WABASH RAILROAD CO. ET AL. *v.* COMMERCIAL
TRANSPORT, INC., ET AL.

No. 68.   Decided October 12, 1959.

*Eugene S. Davis, Urchie B. Ellis, J. L. Lenihan* and
*Amos M. Mathews* for appellants.

*Solicitor General Rankin, Acting Assistant Attorney
General Bicks, Charles H. Weston* and *Henry Geller* for
the United States, and *Mack Stephenson* for Commercial
Transport, Inc., appellees.

PER CURIAM.

The motions to affirm are granted and the judgment
is affirmed.